IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02039-BNB

DELMART E.J.M. VREELAND, II,,

      Applicant,

v.

JOHN DAVIS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Respondents' request to file a Response to Applicant's Supplement is granted, and the corrections set forth in the Appendix to ECF No. 27 are so noted.

Dated:  November 28, 2012